# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Waters,<br><br>            Plaintiff,<br><br>vs.<br><br>Swift Funds, LLC,<br><br>            Defendant. | No. CV11-1872 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **February 13, 2012** without further leave of Court.

Dated this 12th day of January, 2012.

David G. Campbell
United States District Judge